

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

The State of Texas,

* From the 35th District Court
of Brown County,
Trial Court No. CV2301025.

Vs. No. 11-23-00087-CV

* August 24, 2023

$20,800.00 in U.S. Currency,

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the State's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the State of Texas.